# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ACCOUNTING TO YOU, INC.,

    Plaintiff,

v.

BUCCANEERS LIMITED PARTNERSHIP, et al.,

    Defendants.

CASE NO. 15-mc-5021 BHS

ORDER

This matter comes before the Court on nonparties Concord III LLC and Clear Choice Sales, LLC's uncontested Motion to Quash Nonparty Subpoenas (Dkt. 1). The Court has considered the pleadings filed in support of the motion and finds that it is well supported and uncontested, which may be regarded as conceding that the motion has merit.

Therefore, it is hereby **ORDERED** that Concord's motion is **GRANTED**.

Dated this 29th day of June, 2015.

                                                  /s/ Benjamin H. Settle
                                                BENJAMIN H. SETTLE
                                                United States District Judge

ORDER